United States Bankruptcy Court
Middle District of Florida

In re:  
Terri H. Richardson  
    Debtor

Case No. 19-05782-KSJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-6　　User: lscott　　Page 1 of 1　　Date Rcvd: Sep 04, 2019  
                Form ID: Doapvins　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db　　　　　+Terri H. Richardson,　　Po Box 720791,　　Orlando, FL 32872-0791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:  
      Lori Patton　　trustee@trusteepatton.com,　lpatton@ecf.axosfs.com;FL99@ecfcbis.com  
      Sophia Cabacum Dean　　on behalf of Debtor Terri H. Richardson sdean@theorlandolawgroup.com, macosta@theorlandolawgroup.com  
      United States Trustee - ORL7/13　　USTP.Region21.OR.ECF@usdoj.gov  
                                                         TOTAL: 3

[Doapvins] [Order Approving Application to Pay Filing Fees in Installments]

ORDERED.

**Dated: September 4, 2019**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                   Case No. 6:19−bk−05782−KSJ
                                                                                         Chapter 7
Terri H. Richardson

_____Debtor*_____/

### ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. 3 . The Court has considered the Application, together with the record, and finds that the Application should be approved pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

**ORDERED:**

1. The Debtor shall pay the filing fee in installments, in the form of <u>cashier's check or money order only</u>, made payable to Clerk, U.S. Bankruptcy Court and delivered to <u>or received by mail addressed to</u>:

   Clerk, U.S. Bankruptcy Court,
   George C. Young Federal Courthouse
   400 West Washington Street
   Suite 5100
   Orlando, FL 32801

   as follows:

   $ 75.00 on or before September 30, 2019

   $ 75.00 on or before October 30, 2019

   $ 185.00 on or before November 29, 2019

2. Until the filing fee is paid in full, the Debtor shall not pay any money or transfer any property to any person for services in connection with this case, and no person shall accept any money or property from the Debtor as payment for services in connection with this case.

3. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Sophia Dean is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.